Clarice A. Spicker, Bar #029964
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1706
Fax: (602) 200-7810
cspicker@jshfirm.com

Attorneys for Defendant Western Express, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ye'nari Moses, individually,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Western Express, Inc., a corporation; John Does 1-5; Jane Does 1-5; Black Corporations 1-5; and White Partnerships 1-5,<br><br>　　　　　　　Defendants. | No. CV-22-379-PHX-ROS<br><br>**NOTICE OF SETTLEMENT** |

Defendant Western Express, Inc. by and through undersigned counsel, provides notice to the Court that the parties have reached a settlement in the above-captioned matter. A formal stipulation for dismissal with prejudice will be filed shortly.

DATED this 4th day of April, 2022.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
　　Clarice A. Spicker
　　40 N. Central Avenue, Suite 2700
　　Phoenix, Arizona 85004
　　Attorneys for Defendant Western Express, Inc.

10484020.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Timothy G. Tonkin
Montana Thompson
PHILLIPS LAW GROUP, P.C.
3101 N. Central Ave., Suite 1500
Phoenix, AZ 85012


*/s/R.L. Harrington*

2

10484020.1