# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ye'nari Moses,<br><br>    Plaintiff,<br><br>v.<br><br>Gary Eugene Mack, et al.,<br><br>    Defendants. | No. CV-22-00379-PHX-ROS<br><br>**ORDER** |

    The parties have filed a Stipulation of Dismissal (Doc. 10), which requests the Court dismiss this matter with prejudice and with each party to bear their own costs and attorneys' fees.

    Good cause appearing,

    **IT IS ORDERED** the Stipulation of Dismissal (Doc. 10) is **GRANTED**. The Clerk of Court is directed to enter a judgment of **DISMISSAL WITH PREJUDICE**. Each party shall bear their own costs and attorneys' fees.

    Dated this 21st day of April, 2022.

                                   Honorable Roslyn O. Silver
                                   Senior United States District Judge